The People of the State of New York ex rel. Astor Trust Company and Atlantic Phosphate and Oil Corporation (Mortgage of July 1, 1913), Appellants, v. State Tax Commission, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the opinion in *People ex rel. Astor Trust Co. v. State Tax Commission* (174 App. Div. 320), decided herewith.

Joseph Rosenfield, Respondent, v. Henry W. Siegel, Appellant.— Motion granted, with ten dollars costs, unless defendant, within thirty days, serves case on appeal, in which event motion is denied.

The General Fireproofing Company, Appellant, v. The Keepsdry Construction Company and Others, New York State National Bank, Albany, and The People of the State of New York, Respondents.— Motion denied. Lyon and Howard, JJ., dissented.

Thomas M. Maloy and Another, Respondents, v. William A. Bannon, Appellant.— Motion granted unless appellant, within twenty days, serves printed case on appeal and pays ten dollars costs of this motion, in which event motion is denied.

In the Matter of the Application of Herman Winters, an Employee, Respondent, for an Award under the State Workmen's Compensation Law, v. L. Marcotte & Company, Employer, and Prudential Casualty Company, Insurer, Appellants.— Matter remitted to the Commission to make a determination as to whether the claimant is excused for his failure to give notice of his injury, as provided by the Workmen's Compensation Law.*

In the Matter of the Judicial Settlement of the Account of Elizabeth Pratt de Gasquet James, as Executrix, etc., of Amedee de Gasquet James, Deceased. Elizabeth Pratt de Gasquet James, Appellant; George Watson Pratt de Gasquet James and Others, Respondents.—Motion for reargument denied. Motion to go to the Court of Appeals granted. The following questions are certified: (1) Did the judgment of the French court (Respondents' Exhibit "A") and the proceedings of the appellant thereunder estop the appellant from claiming an interest in the American property of the testator under the French law of community? (2) Is the appellant estopped by her petition, answer, account and stipulations, and the conduct of the proceedings in the Surrogate's Court, from now claiming any interest in the American estate? (3) Upon the entire record herein, can the French law of community apply to the matrimonial property rights of the testator and the appellant? (4) Has the Appellate Division power upon this record to direct that an open commission issue to take testimony in France?

George T. Anderson, Appellant, v. Thomas G. Kenny and Robert Dumary, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

Lorenzo Beeman and Robert Beeman, Appellants, v. American Express Company, Respondent.— Motion denied.

---

* See Consol. Laws, chap. 67 (Laws of 1914, chap. 41), § 18.— [Rep.